UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JAMES MARVIN,

        Plaintiff,

  v.

C. NOLL et al,

        Defendant.

Case Number: CV09-03691 MHP

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 16, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James Marvin C-39344
Correctional Training Facility
P.O. Box 689
Soledad, CA 93960

Dated: February 16, 2010

        Richard W. Wieking, Clerk
        By: Anthony Bowser, Deputy Clerk