United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MARVIN, | No. C 09-3691 MHP (pr) |
| Petitioner, | **ORDER OF DISMISSAL** |
| v. | |
| C. NOLL, warden, | |
| Respondent. | |

Petitioner's "ex parte motion for consideration to dismiss writ of habeas corpus" is construed to be a request for a voluntary dismissal and is GRANTED. (Docket # 7.) This action is dismissed. The clerk shall close the file.

IT IS SO ORDERED.

DATED: July 13, 2010

Marilyn Hall Patel
United States District Judge